441 A.2d 783

Commonwealth v. Henderson, Appellant.

Submitted June 13, 1980. Brendan J. Vanston, for appellant; James E. Davis, District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

The order is affirmed on the comprehensive opinion of the Honorable Roy A. Gardner, President Judge.

PRICE, J., did not participate in the consideration or decision of this case.

441 A.2d 784

Commonwealth v. Hill, Appellant.
Petition for Allowance of Appeal Denied May 6, 1982.

Argued March 23, 1981. John J. Krafsie, Jr., for appellant; Rolf Bienk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgments of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.